EMANUEL M. OSTROW, Respondent, *v.* JUSTINA TILA, as Committee of JOSEPH TILA, an Alleged Incompetent, Appellant.

Submitted June 14, 1940; decided July 24, 1940.

*James J. Jackman, Edward Friedman* and *George H. Feirberg* for appellant.

*Michael Levine* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.